0044-2M-EPIDORXX-00280172-156042

# United States Bankruptcy Court
## FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** DERRICK DERON & ANGIE BLOCKMON ROBBINS  
6944 COLE RD.  
RIDGELAND, MS 39157

CASE No. 22-00340-JAW

**RE:** ECMC  
**Court Claim No:** 17-1

## ORDER

THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# _____ ) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

IT IS FURTHER ORDERED that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Harold J. Barkley,Jr.  
_____

Harold J. Barkley,Jr. - MSB #2008  
CHAPTER 13 TRUSTEE  
Post Office Box 4476  
Jackson, MS 39296-4476  
Fax: 601-362-8826  
Telephone: 601-362-6161  
e-mail: hjb@hbarkley13.com