# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                                                                 BANKRUPTCY NO: 22-00340-JAW

**DERRICK & ANGIE ROBBINS**
**6944 COLE RD.**
**RIDGELAND, MS 39157**

## NOTICE AND MOTION TO DISMISS

      **COMES NOW,** Harold J Barkley Jr., the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

      **NOTICE IS HEREBY GIVEN,** to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE,** or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

      **NOTICE IS FURTHER GIVEN** that, in the event a written responsive pleading is filed, a hearing on the matter will be held in the Bankruptcy Courtroom 4C, 501 E. Court St., Jackson, MS on **MARCH 23, 2026 @ 10:00 am.**

      **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

                                                             MAIL PAYMENTS TO:
                                                             Harold J. Barkley, Jr.
                                                             Chapter 13 Trustee
                                                             P.O. Box 321454
                                                            Flowood, MS    39232

**AMOUNT DUE BY 03/12/2026: $1703.00**
(As of 02/18/2026 <u>thru end of month)</u>

DATED: 2/19/2026

                                                             /s/ Harold J. Barkley, Jr.
                                                             Harold J. Barkley, Jr. - MSB#2008
                                                             Chapter 13 Trustee
                                                             P O Box 4476
                                                             Jackson, MS 39296-4476
                                                             Phone: 601-362-6161
                                                             Fax: 601-362-8826
                                                             Email: hjb@hbarkley13.com

## CERTIFICATE OF SERVICE

    I, Harold J. Barkley, Jr., Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing pleading to the **DEBTOR,** and by ECF Filing Notification to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

THOMAS C. ROLLINS, JR
trollins@therollinsfirm.com

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

**DERRICK & ANGIE ROBBINS**
**6944 COLE RD.**
**RIDGELAND, MS 39157**

**DATED: 2/19/2026**

                                                              /s/ Harold J. Barkley, Jr.
                                                            Harold J. Barkley, Jr. - MSB#2008