

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

DERRICK DERON ROBBINS
ANGIE BLOCKMON ROBBINS                               22 – 00340 – JAW


## O R D E R

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #61] and the Debtors' Response [DK #62]; and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.


##END OF ORDER##


SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM