United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 22-00340-JAW

Derrick Deron Robbins                                                          Chapter 13

Angie Blockmon Robbins

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                User: mssbad                                Page 1 of 2

Date Rcvd: Mar 20, 2026                      Form ID: pdf012                        Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol            Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick Deron Robbins, 6944 Cole Rd., Ridgeland, MS 39157-6002 |
| jdb | + | Angie Blockmon Robbins, 6944 Cole Rd., Ridgeland, MS 39157-6002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Derrick Deron Robbins jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Angie Blockmon Robbins jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-3                    User: mssbad                         Page 2 of 2
Date Rcvd: Mar 20, 2026                 Form ID: pdf012                       Total Noticed: 2

Thomas Carl Rollins, Jr
                      on behalf of Joint Debtor Angie Blockmon Robbins trollins@therollinsfirm.com
                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                      on behalf of Debtor Derrick Deron Robbins trollins@therollinsfirm.com
                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                      USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

DERRICK DERON ROBBINS
ANGIE BLOCKMON ROBBINS                               22 – 00340 – JAW


O R D E R

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #61] and the Debtors'

Response [DK #62]; and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.


##END OF ORDER##


SUBMITTED BY:

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL: HJB@HBARKLEY13.COM