**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Derrick Deron Robbins** **Case No. 22-00340-JAW**
**Angie Blockmon Robbins, Debtors** **CHAPTER 13**

# NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: October 20, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Derrick Deron Robbins**
**Angie Blockmon Robbins, Debtors**

**Case No. 22-00340-JAW**
**CHAPTER 13**

**MOTION TO MODIFY BANKRUPTCY PLAN**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on February 24, 2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors are below median income and wish to reduce the terms of the confirmed plan to those already paid under the plan.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Derrick Deron Robbins
Angie Blockmon Robbins

CASE NO: 22-00340-JAW

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/21/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Derrick Deron Robbins
Angie Blockmon Robbins

CASE NO: 22-00340-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/21/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

DERRICK DERON ROBBINS
ANGIE BLOCKMON ROBBINS
6944 COLE RD.
RIDGELAND, MS 39157

ADVANCE AMERICA
4237-B LAKELAND DR
FLOWOOD, MS 39232

ALLY FINANCIAL
P.O. BOX 380901
BLOOMINGTON, MN 55438

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CAPITAL ORTHOPEDIC
106 HIGHLAND WAY
#102
MADISON, MS 39110

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA, GA 30082

COMENITY BAN
PO BOX 182789
COLUMBUS, OH 43218-2789

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

DURWOOD MCGUFFEE, JR.
P.O. BOX 4219
BRANDON, MS 39047

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

GENESIS BANKCARD
P.O. BOX 4499
BEAVERTON, OR 97076

GENESIS FS CARD SERVIC
P.O. BOX 23026
COLUMBUS, GA 31902

IC SYSTEMS, INC
PO BOX 64378
SAINT PAUL, MN 55164

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KAY JEWELERS
375 GHENT RD
AKRON, OH 44333-4601

KOOL SMILES
4463 N STATE ST
JACKSON, MS 39206

MAGNOLIA FEDERAL CREDI
240 BRIARWOOD DR
JACKSON, MS 39206

MILESTONE
P.O. BOX 4499
BEAVERTON, OR 97076

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NATIONAL STUDENT LOAN
14151 NEWPORT AVE
STE 204
TUSTIN, CA 92780

PEOPLE LEASE
689 TOWNE CENTER BLVD
RIDGELAND, MS 39157

PINEBROOK APARTMENTS
109 PINE KNOLL DR
RIDGELAND, MS 39157

REPUBLIC FINANCE
6954 OLD CANTON RD.
STE. B2
RIDGELAND, MS 39157

THE ARLINGTON APARTMEN
5845 RIDGEWOOD RD
JACKSON, MS 39206

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

US DEPT OF EDUCATION
PO BOX 5202
GREENVILLE, TX 75403-5202

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201