


**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 27, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| DERRICK DERON ROBBINS<br>ANGIE BLOCKMON ROBBINS | 22 – 00340 – JAW |

## ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Modify [DK #66] and the Debtors' Response [DK #67]; and the Court orders as follows:

THAT, the Trustee's Motion to Modify is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM